IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CHINA VALVES TECHNOLOGY<br>SECURITIES LITIGATION | Master Docket No.<br>11 Civ. 0796 (LAK) |

DECLARATION OF JOEL M. MITNICK IN SUPPORT OF
CHINA VALVES TECHNOLOGY, INC'S MOTION TO DISMISS

JOEL M. MITNICK, pursuant to 28 U.S.C. § 1746, declares and states as follows:

1. I am an attorney admitted to the Bar of the United States District Court in the Southern District of New York and associated with the law firm Sidley Austin LLP, counsel for Defendant China Valves Technology, Inc. in the above-captioned matter. I submit this Declaration in support of Defendant China Valves Technology Inc.'s Motion to Dismiss the Complaint.

2. Attached hereto as Exhibit A is a true and correct copy of a press release of China Valves Technology, Inc., entitled "China Valves Technology, Inc. Signs Letter of Intent to Acquire Able Delight (Changsha) Valve Co., Ltd," dated January 12, 2010, retrieved from the PR Newswire website.

3. Attached hereto as Exhibit B is a true and correct copy of China Valves Technology Inc.'s quarterly report on Form 10-Q for the quarter ending September 30, 2009, without exhibits, retrieved from the Securities and Exchange Commission's ("SEC") online EDGAR database.

4. Attached hereto as Exhibit C is a true and correct copy of China Valves Technology Inc.'s quarterly report on Form 10-Q for the quarter ending September 30, 2010, without exhibits, retrieved from the SEC's online EDGAR database.

5. Attached hereto as Exhibit D is a true and correct copy of China Valves Technology Inc.'s Form 8-K/A filed with the SEC on November 18, 2010, with exhibits, retrieved from the SEC's online EDGAR database.

6. Attached hereto as Exhibit E is a true and correct copy of a press release of China Valves Technology, Inc., entitled "China Valves Technology, Inc. Receives Class AAA Credit Rating by CMEMA," dated March 1, 2011, retrieved from the PR Newswire website.

7. Attached hereto as Exhibit F is a true and correct copy of China Valves Technology, Inc.'s annual report on Form 10-K for the fiscal year ending December 31, 2010, without exhibits, retrieved from the SEC's online EDGAR database.

8. Attached hereto as Exhibit G is a true and correct copy of China Valves's Technology, Inc's Form 8-K filed with the SEC on April 9, 2010, with exhibits, retrieved from the SEC's online EDGAR database.

9. Attached hereto as Exhibit H is a true and correct copy of a letter from China Valves Technology, Inc. to the Securities and Exchange Commission Division of Corporation Finance, dated June 10, 2011, retrieved from the SEC's online EDGAR database.

10. Attached hereto as Exhibit I is a true and correct copy of a letter from China Valves Technology, Inc. to the Securities and Exchange Commission Division of Corporation Finance, dated July 12, 2011, retrieved from the SEC's online EDGAR database.

11. Attached hereto as Exhibit J is a true and correct copy of a letter from China Valves Technology, Inc. to the Securities and Exchange Commission Division of Corporation Finance, dated August 1, 2011, retrieved from the SEC's online EDGAR database.

12.     Attached hereto as Exhibit K is a true and correct copy of a letter from China Valves Technology, Inc. to the Securities and Exchange Commission Division of Corporation Finance, dated August 4, 2011, retrieved from the SEC's online EDGAR database.

13.     Attached hereto as Exhibit L is a true and correct copy of a press release of China Valves Technology, Inc., entitled "China Valves Technology Ranks Among China's Top 500 Machinery Manufacturers in 2011," dated August 2, 2011, retrieved from the PR Newswire website.

14.     Attached hereto as Exhibit M is a true and correct copy of the internet posting "China Valve Technology (NASDAQ:CVVT) — Destined To Get Delisted," which appeared on the website CitronResearch.com on January 13, 2011, retrieved from that website.

15.     Attached hereto as Exhibit N is a true and correct copy of the Certification of Investment filed by Plaintiff Bristol Investment Fund, Ltd. with this Court on April 5, 2011, retrieved from the Court's Electronic Case Filing system.

16.     Attached hereto as Exhibit O is a true and correct copy of Watts Water Technologies, Inc.'s quarterly report on Form 10-Q for the quarter ending April 2, 2006, without exhibits, retrieved from the SEC's online EDGAR database.

17.     Attached hereto as Exhibit P is a true and correct copy of Watts Water Technologies, Inc.'s quarterly report on Form 10-Q for the quarter ending September 27, 2009, without exhibits, retrieved from the SEC's online EDGAR database.

18.     Attached hereto as Exhibit Q is a true and correct copy of China Valves Technology, Inc.'s transition report on Form 10-K for the period from January 1, 2011 to September 30, 2011, without exhibits, retrieved from the SEC's online EDGAR database.

19. Attached hereto as Exhibit R is a true and correct copy of the consolidated class action complaint filed in this action by Lead Plaintiff Bristol Investment Fund, Ltd. on August 29, 2011, as retrieved from the Court's Electronic Case Filing system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed as of November 21, 2011 at New York, New York.

_____
Joel M. Mitnick