IN UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>CHINA VALVES TECHNOLOGY SECURITIES LITIGATION<br><br>This paper applies to:   ALL CASES | Master Docket No.<br>11 Civ. 0796 (LAK) |

NOTICE OF PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION
EXPENSES, AND REIMBURSEMENT AWARDS

PLEASE TAKE NOTICE that upon the accompanying Declaration of William B. Federman, dated August 5, 2014, the exhibits attached thereto, the accompanying Memorandum of Law and all prior pleadings and proceedings had herein, Lead Counsel hereby move this Court on September 4, 2014, at 9:30 a.m. in the Courtroom of at the Honorable Lewis A. Kaplan, United States District Court Judge for the Southern District of New York, Courtroom 21B, 500 Pearl Street, New York, New York 10007, or other such location and time as set by the Court, for entry of a Judgment awarding attorneys' fees and reimbursement of litigation expense to Lead Counsel, and awarding reimbursement awards to Plaintiffs.  A [Proposed] Order and Final Judgment is attached hereto.

Dated:   August 5, 2014

Respectfully submitted,

s/William B. Federman
William B. Federman (WBF9124)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK  73120
Telephone:  (405) 235-1560
Fax:  (405) 239-2112
wbf@federmanlaw.com
         -and-
2926 Maple Ave., Suite 200
Dallas, TX  75201

1

2

                              Byron T. Ball
                              The Ball Law Firm LLP
                              644 S. Figueroa
                              Los Angeles, CA 90017
                              (310) 446-6148
                              (310) 411-5386 fax
                              www.balllawllp.com

                              *Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on August 5, 2014.

                              /s/William B. Federman
                              William B. Federman